UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW HAMPSHIRE

Antonio King,
    Plaintiff,

v.                                          Civil No. 04-CV-356-JD

Cesar Rivas et al.,
    Defendants.

### Order to Transport Angel Correa

It is hereby ordered that the NH Department of Corrections shall transport witness Angel Correa (NHSP #33990) from the New Hampshire State Prison in Concord to the United States Courthouse on January 23, 2006, to arrive no later than 9:30 a.m., until the end of proceedings that day.

                                                  /s/ Joseph A. DiClerico, Jr.

                                                  Joseph A. DiClerico, Jr.
                                                  United States District Judge

January 17, 2006