UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW HAMPSHIRE

Antonio King,
    Plaintiff,

v.                                        Civil No.   04-CV-356-JD

Cesar Rivas et al.,
    Defendants.

## Order to Make David Coulombe Available for Video Testimony

It is hereby ordered that the NH Department of Corrections shall make witness David Coulombe (NHSP #33673) available for video testimony from the Northern Correctional Facility in Berlin to the United States Courthouse in Concord on January 24, 2006, at 10:30 a.m.

                                                  /s/ Joseph A. DiClerico, Jr.
                                                  Joseph A. DiClerico, Jr.
                                                  United States District Judge

January 17, 2006