UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW HAMPSHIRE

Antonio King,
  Plaintiff,

v.               Civil No.   04-CV-356-JD

Cesar Rivas et al.,
  Defendants.

**Order to Transport Efrain Perez**

It is hereby ordered that the Hillsborough County Sheriff's Department shall transport witness Efrain Perez from the Hillsborough County Jail in Manchester to the United States Courthouse in Concord on January 24, 2006, to arrive no later than 8:30 a.m., until the end of proceedings that day.

              /s/ Joseph A. DiClerico, Jr.
              Joseph A. DiClerico, Jr.
              United States District Judge

January 17, 2006