UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW HAMPSHIRE

Antonio King,
      Plaintiff,

v.                                                  Civil No.  04-CV-356-JD

Cesar Rivas et al.,
      Defendants.

### Order to Make Christopher Robertson Available for Video Testimony

It is hereby ordered that the NH Department of Corrections shall make witness Christopher Robertson (NHSP #35532) available for video testimony from the Northern Correctional Facility in Berlin to the United States Courthouse in Concord on January 24, 2006, at 9:30 a.m.

                                                      /s/ Joseph A. DiClerico, Jr.

                                                      Joseph A. DiClerico, Jr.
                                                      United States District Judge

January 17, 2006