UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Dante Baker,
    Plaintiff

    v.                                             Civil No. 04-cv-355-SM

Cesar Rivas, Carl Brown,
David Gotthardt, Theresa
Pendleton, William Raymond,
Gerald Uber, and James
O'Mara, Jr., in his official
capacity as Superintendent
of the Hillsborough County
Department of Corrections,
    Defendants

**O R D E R**

A pretrial status conference was held on April 25, 2006. Michael J. Sheehan, Esq., appeared on behalf of plaintiff; John A. Curran, Esq., and Elizabeth L. Hurley, Esq., appeared on behalf of defendants.

Counsel agree that mediation would be appropriate and stands a reasonable chance of success in this and related cases. By agreement they have scheduled a mediation session for June 5, 2006, to be held here in the Rudman Courthouse.

The clerk will issue appropriate writs to assure the attendance on that date of plaintiff in this case, and the named plaintiffs in the related cases, <u>Champagne v. Rivas, et al.</u>, Civil Action No. 05-cv-079-SM, and <u>King v. Rivas, et al.</u>, Civil Action No. 05-cv-356-SM, who are incarcerated. Counsel will coordinate with the United States Marshal with respect to security during mediation and with the Deputy Clerk with respect to the use of a courtroom and/or conference rooms. (The parties have arranged for a private mediator).

Trial of this case is continued pending mediation.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

April 26, 2006

cc: Michael J. Sheehan, Esq.
    Elizabeth L. Hurley, Esq.
    John A. Curran, Esq.
    U.S. Marshal