04-CV-336-SM, King v. Rivas
Jury Question No. 1

6-7-07
12:30pm

Can we see the handcuffs that Mr. King was wearing in 2/3 for shows? — If possible.

Answer to Question #1:

No. The handcuffs were not introduced into evidence so cannot be provided to you.

*[signature]*
U.S. District Judge
6/7/07