04-CV-356-SM - King v Kwase
Jury Question No. 2

6-7-07
1255

— 6/7/07
1255

Can we choose a $ of zero?

6/7/07

Answer to Question # 2:

NO.

[signature]
US District Judge
6/7/07