04-cv-356-SM, King v Rivas

Jury Question No. 3

6-7-07

Please give us the flipboard that includes the lawyer's comments.

Answer to Question No. #3:

Yes. The flipchart pages will be provided.

[signature]
U.S. District Judge
6/7/07