UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Antonio King,
    Plaintiff

v.                                            Civil No. 04-cv-356-SM

Cesar Rivas,
    Defendant

### JURY VERDICT

We, the jury, hereby award to Antonio King the following sum as compensatory damages:

_____*Five Thousand*_____ Dollars

(Please enter the amount in words, not numbers.)

Date: June _7_, 2007