UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
JUN 13 2007
FILED

Antonio King

v.  04-cv-356-SM

Cesar Rivas

## JUDGMENT No. 2

Judgment No. 2 is hereby entered in accordance with the following:

1. Judgment entered on February 3, 2006;

2. Order of Chief Judge McAuliffe dated September 8, 2006, granting the Plaintiff's Motion for New Trial;

3. Order of Chief Judge McAuliffe dated October 30, 2006, denying the Defendants' Motion for Reconsideration, and

4. Jury Verdict re: compensatory damages returned on June 7, 2007.

By the Court,

Daniel J. Lynch,
Chief Deputy Clerk

June 13, 2007

APPROVED AS TO FORM

Steven J. McAuliffe
Chief Judge

cc: Michael Sheehan, Esq.
John Curran, Esq.
Elizabeth Hurley, Esq.